UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTO OMAR LAYTON | : | CIVIL ACTION |
| v. | : | |
| WILLIAM J. WOLFE, et al. | : | NO. 02-3233 |

**ORDER**

AND NOW, this 5th day of June, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, it is

**ORDERED**

1.   The District Attorney of Bucks County shall file a specific and detailed answer to the petition within 20 days from the date of this order pursuant to Rule 5, 28 U.S.C. §2254.

2.   The Prothonotary of Bucks County Court of Common Pleas shall file with the Clerk of this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post-Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of <u>Commonwealth v. Layton</u>, Court of Common Pleas of Bucks County, CP Nos. 4375 and 4376 (1999 Term) (Convicted 1/3/00; Sentencing Judge - The Honorable Kenneth Biehn), within 20 days of the date of this order.

BY THE COURT:

_____
THOMAS J. RUETER
United States Magistrate Judge